UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DANNY P MONROE** | **CASE NO. 6:25-CV-01043** |
| **VERSUS** | **JUDGE DRELL** |
| **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, noting the absence of any objection, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Commissioner's decision should be REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). [1] More particularly, the Commissioner is instructed again to evaluate Claimant's residual functional capacity as provided in the Report and Recommendation. Claimant should be afforded the opportunity to submit updated medical evidence and to testify at another hearing.

1 A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

**THUS DONE AND SIGNED** in Alexandria, Louisiana, on this 14th day of August 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT JUDGE